THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>YONG CONG WU,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Yong Cong Wu's motion to continue trial (Dkt. No. 39). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Trial is currently scheduled for June 12, 2023. (Dkt. No. 30.) Defendant seeks a continuance, citing the need for counsel to review discovery, conduct any appropriate investigation, and prepare for trial. (Dkt. No. 39 at 3–4.) The Government joins the request, citing the complexity of the case. (*Id*.) As do the co-defendants. (*Id*.) The facts that support continuing the trial and excluding the resulting delay are set forth in the stipulation motion (Dkt. No. 39), and include the following: (a) the nature of the prosecution, which involved a lengthy investigation; (b) the volume of discovery; and (c) the need for defense counsel to have an appropriate period to review discovery, consult with his client, prepare a defense, and explore

possible resolutions to the case short of trial.

Having thoroughly considered the parties' briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best of interest of the public and the Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

The reasons for this finding are:

1. Failure to grant the continuance would make the continuation of this case impossible or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i);
2. Due to the factors stated above, the case is sufficiently unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself based on the current trial date. 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court FINDS the time between the current June 12, 2023 trial date and February 12, 2024 is a reasonable period of delay under 18 U.S.C. § 3161(h)(6) that is excludable.

It is hereby ORDERED:

1. Defendant Yong Cong Wu's motion for a continuance (Dkt. No. 39) is GRANTED.
2. The current trial date for all co-defendants is CONTINUED to February 12, 2024. Pretrial motions will be due January 19, 2024. Parties should consult the Court's Chambers Procedures posted on its website for detailed instruction regarding pretrial submissions and trial procedure.
3. The time from the date of this order up to and including February 12, 2024 is an excludable period under 18 U.S.C. §§ 3161(h)(6) and (7)(A).

DATED this 20th day of March 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE