UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:20-cr-00171-JCC |
| Plaintiff, | ) | |
| | ) | EX PARTE STATUS REPORT OF |
| v. | ) | RUSSELL M. AOKI, THE |
| | ) | COORDINATING DISCOVERY |
| XINMING WU, | ) | ATTORNEY, FOR NOVEMBER 2023 |
| CHEE CHOONG NG, | ) | |
| LINGFENG LEI, and | ) | |
| ZHIQIANG LIU, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 2:20-cr-00173-JCC |
| | ) | |
| v. | ) | |
| | ) | |
| WEI QUAN WU and | ) | |
| DA BIAO WU, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 2:22-cr-00048-JCC |
| v. | ) | |
| | ) | |
| QIXIAN WU, | ) | |
| YONG FENG WU, and | ) | |
| YONG CONG WU, | ) | |
| | ) | |
| Defendants. | ) | |

On December 7, 2020, December 29, 2020, and May 31, 2022, the Court appointed

ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY - 1

Russell M. Aoki of Aoki Law PLLC, as Coordinating Discovery Attorney (CDA) in the above-captioned matters. As part of those orders, the Court directed the CDA to provide monthly status reports:

> The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

*U.S. v. Lei et al.,* CR20-0171-JCC, Document 92, December 7, 2020, p. 3; *U.S. v. Wu et al.,* CR22-0048-JCC, Document 36, May 31, 2022, p. 3; and *U.S. v. Wu et al.,* CR20-0173-JCC, Document 38, December 29, 2020, p. 3.

The last remaining defendants are scheduled for sentencing. The Government has stopped producing discovery. There are no expenses for the CDA to monitor. Accordingly, the Court modifies its previous orders:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.
- However, the CDA shall file a status report if the Government produces additional discovery.

**SO ORDERED.**

DATED this 5th day of December 2023.

                                     John C. Coughenour
                                     United States District Court Judge