The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1. QIXIAN WU, <br> 2. YONG FENG WU, and <br> 3. YONG CONG WU, <br><br> Defendants, <br><br> and <br><br> YAN HONG ZENG, <br> XIU LAN CAO, <br> YING LUO, and <br> QIONG JU LI, <br><br> Third-Party Claimants. | NO. CR22-048-JCC <br><br> [PROPOSED] <br><br> **CONSOLIDATED SCHEDULING ORDER FOR THIRD-PARTY CLAIMS** |

THIS MATTER comes before the Court on the Stipulated Motion for a Consolidated Scheduling Order for Third-Party Claims, filed by the United States, and stipulated to by third-party claimants Yan Hong Zeng, Xiu Lan Cao, Ying Luo, and Qiong Ju Li.

Consolidated Scheduling Order for Third-Party Claims - 1
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Court, having reviewed the pleadings filed in this matter, including the third-
2 party petitions (*see* Dkt. Nos. 92, 112, 113, and 114) and the stipulated motion, hereby
3 FINDS that entry of a consolidated order setting a discovery schedule and a motions
4 deadline is appropriate in this matter. The Court hereby permits additional time to
5 conduct discovery and entertain motions related to the third-party claims pursuant to Fed.
6 R. Crim. P. 32.2(c)(1), and, to the extent an evidentiary hearing on a third-party claim is
7 required, the Court will conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-
8 (6).

10   NOW, THEREFORE, THE COURT ORDERS:
11   1.   Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the United States and Third-
12 Party Claimants Yan Hong Zeng, Xiu Lan Cao, Ying Luo, and Qiong Ju Li (collectively,
13 the "Parties"), may engage in discovery related to the third-party claims to the
14 preliminarily forfeited property identified in their third-party petitions. The discovery
15 period shall close on September 5, 2025;
16   2.   The Parties shall file any dispositive motions no later than October 30,
17 2025; and,
18   3.   If necessary, an evidentiary hearing will be held at a date and time to be
19 determined.
20 //
21 //

Consolidated Scheduling Order for Third-Party Claims - 2
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 4th day of March, 2025.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Karyn S. Jonson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov


 *s/ Jason E. Anderson*
JASON E. ANDERSON
Attorney for Yan Hong Zeng
Emerald City Law Firm PC
20935 S. 6th Avenue
Des Moines, Washington 98198
Phone: 206-706-2882
jason@jasonandersonlaw.com
*permission to e-sign issued on March 3, 2025.*

Consolidated Scheduling Order for Third-Party Claims - 3
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  
2  //  
3  //  
4  
5  
6  *s/ Steve Karimi*  
   STEVE KARIMI  
7  Attorney for Xiu Lan Cao,  
   Ying Luo, and Qiong Ju Li  
8  Law Office of Steve Karimi  
9  119 1st Avenue South, Ste. 500  
   Seattle, Washington  98104  
10 Phone: 206-660-6200  
11 karimilawseattle@gmail.col  
   *permission to e-sign issued on March 3, 2025.*  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  

Consolidated Scheduling Order for Third-Party Claims - 4  
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970