The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

1.  QIXIAN WU,
2.  YONG FENG WU, and
3.  YONG CONG WU,

        Defendants,

and

XIU LAN CAO,
YING LUO, and
QIONG JU LI,

        Third-Party Claimants.

NO. CR22-048-JCC

[PROPOSED]

**ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINE FOR THIRD-PARTY CLAIMS**

      THIS MATTER comes before the Court on the Stipulated Motion to Extend Dispositive Motion Deadline for Third-Party Claims, filed by the United States, and stipulated to by third-party claimants Xiu Lan Cao, Ying Luo, and Qiong Ju Li (the "Stipulated Motion").

Order Extending Dispositive Motions Deadline
for Third-Party Claims - 1
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the pleadings filed in this matter, including the third-party petitions filed by Xiu Lan Cao, Ying Luo, and Qiong Ju Li (*see* Dkt. Nos. 112, 113, and 114), and the Stipulated Motion, and good cause having been shown, finds that the requested extension is appropriate, and, pursuant to Fed. R. Crim. P. 32.2(c)(1) and 21 U.S.C. § 853(n), hereby GRANTS the Stipulated Motion.

NOW, THEREFORE, THE COURT ORDERS:

1. The Parties shall file any dispositive motions as to the claims asserted in the third-party petitions of Xiu Lan Cao, Ying Luo, and Qiong Ju Li (*see* Dkt. Nos. 112, 113, and 114), no later than June 2, 2026; and,

2. If necessary, an evidentiary hearing will be held, at a date and time to be determined, pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6).

IT IS SO ORDERED.

DATED this  15th  day of May, 2026.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

  *s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order Extending Dispositive Motions Deadline
  for Third-Party Claims - 2
  *United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/ Steve Karimi* *
STEVE KARIMI
Attorney for Xiu Lan Cao,
Ying Luo, and Qiong Ju Li
Law Office of Steve Karimi
119 1st Avenue South, Ste. 500
Seattle, Washington  98104
Phone: 206-660-6200
karimilawseattle@gmail.col
* *permission to e-sign issued on May 14, 2026.*

Order Extending Dispositive Motions Deadline
 for Third-Party Claims - 3
 *United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970