THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

YONG FENG WU, *et al.*,

               Defendants,

   and

YAN HONG ZEN,

               Third-Party Claimant.

CASE NO. CR22-0048-JCC

ORDER

On June 11, 2026, at the parties' request, the Court reopened discovery as to Yan Hong Zeng's third-party claim in this case and stayed consideration of the Government's partial motion to dismiss and for summary judgment (Dkt. No. 133) of the claimant's petition. (*See* Dkt. No. 144.) At the time, the Government's motion for leave to file an overlength brief in support (Dkt. No. 132) was outstanding. In light of the stay since ordered, the Clerk is DIRECTED to terminate as moot the Government's motion to dismiss and for summary judgment (Dkt. No. 133), along with the Government's motion to file an overlength brief (Dkt. No. 132). The Government may renew those requests once discovery is complete.

ORDER
CR22-0048-JCC
PAGE - 1

Also outstanding is the Government's motion to seal (Dkt. No. 135) a supporting exhibit to that briefing (Dkt. No. 136). There is a compelling interest in maintaining the information at issue (Dkt. No. 136) under seal that is substantially likely to be harmed if the document is not maintained under seal, and there are no less restrictive alternatives for protecting that interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Thus, the motion to seal (Dkt. No. 135) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 136 under seal.

So ORDERED this 15th day of June 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0048-JCC
PAGE - 2