**INTERLOCUTORY SALE ORDER**

The Court, having reviewed the above Stipulation and Agreement between the United States and third-party claimant Yan Hong Zeng (**dkt. no. 149**), as well as the other papers and pleadings filed this matter, hereby APPROVES the Stipulation and Agreement for Interlocutory Sale of the Real Property located at 6901 West Marginal Way SW, Seattle, Washington, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

PARCEL B OF LOT BOUNDARY ADJUSTMENT NO. 3018637, AS RECORDED JUNE 19, 2015 UNDER RECORDING NO. 20150619900004, RECORDS OF KING COUNTY AUDITOR; BEING A PORTION OF LOT 3, CITY OF SEATTLE SHORT SUBDIVISION NO. 80-77, RECORDED UNDER RECORDING NUMBER 8010300789:, RECORDS OF KING COUNTY, WASHINGTON;

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

PARCEL NUMBER: 302404-9169

(the “Real Property”). The United States may record this Order in the land records of King County, Washington, and may conduct an interlocutory sale of the Real Property, under the terms and conditions set forth in the Parties’ foregoing Stipulation and Agreement.

DATED this 1st day of September 2026.

HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970