The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>1. QIXIAN WU,<br>2. YONG FENG WU, and<br>3. YONG CONG WU,<br>Defendants,<br>and<br>YAN HONG ZENG,<br>Third-Party Claimant. | NO. CR22-048-JCC<br>[~~PROPOSED~~]<br>**FINAL ORDER OF FORFEITURE AS TO THE RIGHT OF POSSESSION AND OCCUPANCY OF REAL PROPERTY** |

This matter comes before the Court on the United States' Motion (**Dkt No 147**) for a Final Order of Forfeiture as to the Right of Possession and Occupancy of Real Property (the "Motion") forfeiting, to the United States, any right of possession and occupancy in the the following real property (the "Real Property"):

> 6901 West Marginal Way SW, Seattle, Washington 98106, titled in the name of Yong Feng Wu, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

PARCEL B OF LOT BOUNDARY ADJUSTMENT NO. 3018637, AS RECORDED JUNE 19, 2015 UNDER RECORDING NO. 20150619900004, RECORDS OF KING COUNTY AUDITOR; BEING A PORTION OF LOT 3, CITY OF SEATTLE SHORT SUBDIVISION NO. 80-77, RECORDED UNDER RECORDING NUMBER 8010300789:, RECORDS OF KING COUNTY, WASHINGTON;

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

PARCEL NUMBER: 302404-9169

The interests of Defendants Qixian Wu, Yong Feng Wu, and Yong Cong Wu in the Real Property have already been forfeited by the Court.

The Court, having reviewed the United States' Motion, any response filed, as well as the other pleadings and papers filed in this matter, hereby FINDS that entry of a Final Order of Forfeiture as to the Right of Possession and Occupancy of Real Property is appropriate because:

- On January 24, 2024, the Court entered a Preliminary Order of Forfeiture finding the Real Property forfeitable pursuant to 21 U.S.C. § 853, and forfeiting Defendant Qixian Wu's interest in it (Dkt. No. 69);
- On January 24, 2024, the Court entered a Preliminary Order of Forfeiture finding the Real Property forfeitable pursuant to 21 U.S.C. § 853, and forfeiting Defendant Yong Feng Wu's interest in it (Dkt. No. 70);
- On January 24, 2024, the Court entered a Preliminary Order of Forfeiture finding the Real Property forfeitable pursuant to 21 U.S.C. § 853, and forfeiting Defendant Yong Cong Wu's interest in it (Dkt. No. 71);
- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 87);
- The United States provided direct notice to potential claimants, as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Dkt. No. 121, 122);



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Among the potential claimants to whom the United States provided direct notice are potential occupants of the Real Property (*see* Dkt. No. 122 ¶¶ 11-14 and Exhibits F, G; Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture of the Right of Possession and Occupancy of Real Property ¶¶ 3-4;
- Yan Hong Zeng filed a third-party petition asserting an interest in the Real Property (*see* Dkt. No 92), however, she has not asserted a right of possession or occupancy in the Real Property; and
- No other third-party petitions asserting an interest in the Real Property have been filed, and the time for filing third-party claims has expired.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the possession or occupancy of the Real Property exists in any party other than the United States;

2. The right of possession and occupancy in the Real Property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. The United States shall deliver a copy of this Final Order of Forfeiture on any occupants of the Real Property by mailing;

4. The United States Marshals Service (USMS) shall post a copy of this Final Order of Forfeiture on the front door of the main structure at the Real Property, or, if the front door cannot be accessed due to the fence surrounding the Real Property, on the gated entrance area of the fence;

5. Any occupants shall have three weeks from the date of delivery of the order ("Removal Date") to vacate the Real Property and remove all personal property;

6. If occupants have not vacated the Real Property by the Removal Date, the USMS may, without further Order of the Court, during daylight hours, remove the occupants and their personal property from the Real Property. In so doing, the USMS



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

may enlist the assistance of, and be accompanied by, any federal, state, or local law enforcement officers it has selected to ensure the safety of any person and may use such force as is reasonably necessary to gain entry and to remove the occupants and their personal property, including breaking locks, removing barricades, and forcibly removing any persons or personal property from the premises;

7. If the USMS determines that the Real Property is not occupied prior to the expiration of the three-week's notice, it may take possession of the Real Property at such earlier time as is convenient;

8. The USMS may grant reasonable extensions of the Removal Date in its sole discretion; and

9. Any personal property remaining at the Real Property after the Removal Date shall be deemed abandoned and may be disposed of at the discretion of the USMS without further liability.

IT IS SO ORDERED.

DATED this 2nd day of September, 2026.

[signature]

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*

KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov